STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone:  (415) 977-8977
   Facsimile:  (415) 744-0134
   Email: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SUSAN D. ALCALA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____) | No. 5:12-cv-01817-JEM <br><br> **[PROPOSED] JUDGMENT** |

     The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: *December 23, 2014*             /s/ John E. McDermott
                                                   HON. JOHN E. McDERMOTT
                                                   United States Magistrate Judge