1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Susan D. Alcala

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 SUSAN D. ALCALA,              ) Case No.: 5:12-cv-01817-UA-JEM
                                 )
12        Plaintiff,             ) {PROPOSED} ORDER AWARDING
                                 ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                        ) ATTORNEY FEES AND EXPENSES
                                 ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting     ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                               )
          Defendant              )
16                               )
   _____ )

17
          Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
          IT IS ORDERED that fees and expenses in the amount of $4,900.00 as
20
   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
21
   DATE:   February 13, 2015
22
                        */s/ John E. McDermott*
23                      THE HONORABLE JOHN E MCDERMOTT
                        UNITED STATES MAGISTRATE JUDGE
24

25

26

                                      -1-